IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: Grace Progressive Missionary Baptist                Chapter 11

                                                                                 Case No. 8:12-bk-05123-KRM

__Debtor(s).__                                   /

## CHAPTER 11 CASE MANAGEMENT SUMMARY

The Debtor, Grace Progressive Missionary Baptist Church, Inc., by and through its undersigned counsel hereby files this Chapter 11 Case Management Summary, and would state as follows:

1. The Debtor in this Chapter 11 case is a non-profit corporation.
2. The Debtor operates its business in Bradenton, Florida and was organized in 1998.
3. The Debtor is a Christian ministry that serves its members and its community with biblical teachings and support through programs and fellowship.
4. The Debtor's congregation, as a whole, owns the Debtor.
5. The Debtor's scope of operation entails worship services, biblical teaching sessions and member ministry programs.
6. The Chapter 11 Bankruptcy for the Debtor was needed for the following reasons:
    a. Pending lawsuit and aggressive collection efforts concerning the Debtor's secured debt, including, foreclosure on the real property, on which the Debtor operates.
    b. The Debtor's income has been sufficient to cover its basic operational costs; however, it has been insufficient to pay the costs associated with the use of the real property on which the Debtor operates its ministry.
7. Pre-petition, the Debtor has begun to reorganize the business as follows:
    a. Seeking to reduce cost in all areas of operation;
    b. Seeking to increase its financial revenues.
8. The Debtor will continue to reorganize the business to increase it's income, as follows:
    a. Focusing on increasing membership in the congregation;

    b. Focusing on adding new teaching sessions and mentorship programs to the community;

    c. Offering after school tutoring programs;

    d. Consider various ways to use the church building, including renting the church building to the community for certain events.

9. The Debtor has general, unsecured creditors, in the approximate amount of $1,600.00.

10. The Debtor has one secured creditor, in the approximate amount of $532,260.64.

11. The Debtor's assets, on a liquidation basis, are approximately $21,440.58.

12. The Debtor is confident that with sufficient time to reorganize its business, it can fund a plan of reorganization.

_/s/ Melody D. Genson_
Melody D. Genson, Attorney for Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 20th day of April, 2012 by either electronic transmission or by U.S. Mail postage pre-paid to the following named addresses: U.S. Trustee's Office, 501 E. Polk St., Suite 1200, Tampa, Florida 33602.

_/s/ Melody D. Genson_
MELODY D. GENSON, Attorney at Law
2750 Ringling Blvd., Suite 3
Sarasota, Florida  34237
(941) 365-5870
Florida Bar No.  342092