UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/20/2012 10:00 AM

COURTROOM 9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:12-bk-05123-KRM** | **11** | **04/03/2012** |

**Chapter 11**

**DEBTOR:** Grace Progressive Missionary Baptist

**DEBTOR ATTY: Melody Genson**

**TRUSTEE: NA**

**HEARING:**

Post Confirmation Status Conference
(cont'd from 11/15/2012)

**APPEARANCES:**:
Melody Genson, Denise Barnett and James Timko.

**RULING:**
Post Confirmation Status Conference

(cont'd from 11/15/2012) - Time extended to 1/18/2013 to close; order by Genson. No further ruling/order.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.