**[811fd]** [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No. 8:12−bk−05123−KRM
Chapter 11

Grace Progressive Missionary Baptist
1107 6th Street West
Bradenton, FL 34205

Debtor* /

FINAL DECREE

THIS CASE came on for consideration, upon the Debtor's motion for entry of a final decree. The Court notes that the Debtor's plan of reorganization which was confirmed by the Court has been substantially consummated under Bankruptcy Code § 1101(2) and that administration of this Chapter 11 estate is complete. It is therefore appropriate to enter a final decree closing the case. Accordingly, it is

**ORDERED**:

That this case be and hereby is closed.

BY THE COURT

Dated: February 11, 2013



K. Rodney May
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.